UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN D. PITTMAN | CIVIL ACTION |
| VERSUS | NO. 06-10737 |
| MARLIN PEACHY, ET AL. | SECTION "A"(5) |

### ORDER

The Court having considered the petition, the record, the applicable law, and Plaintiff's objections to the magistrate judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Plaintiff's complaint is hereby dismissed in accordance with Fed. R. Civ. P. 41(b).

Accordingly;

**IT IS ORDERED** that Plaintiff's complaint should be and is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, Monday, June 4, 2007.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE